# Court of Appeals
# of the State of Georgia

ATLANTA, __August 11, 2023__

*The Court of Appeals hereby passes the following order:*

**A24E0007.  KORSAH-DICK v. GARCIA.**

On August 11, 2023, Juliana Korsah-Dick filed this emergency motion requesting additional time to file a brief concerning a civil judgment, pursuant to a jury verdict, entered on July 12, 2023. The motion represents that the transcript filed below contains critical errors and also suggests that Korsah-Dick is seeking a discretionary appeal of what appears to be a final judgment.

Court of Appeals Rule 40 (b) provides in relevant part that "no order shall be made or direction given in an appeal until it has been docketed in this Court." Because this motion does not meet the requirements of Rule 40 (b), it is DENIED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__08/11/2023_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, Clerk.*